# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 15, 2025

## NO. 03-25-00453-CV

**Darcy Depena, Appellant**

**v.**

**Duanette Robinson, Independent Administrator of the Estate of
Marilyn Dorothy Lee Depena a/k/a Marilyn Carr Depena, Deceased, Appellee**

**APPEAL FROM PROBATE COURT NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on June 12, 2025. The Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.